

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:     Kaylen Dewayne Simmons v. The State of Texas

Appellate case number:   01-13-00930-CR

Trial court case number: 12-CR-2519

Trial court:             212th District Court of Galveston County

      It is ordered that Appellant's Motion Rehearing En Banc is **denied**.

Judge's signature:  /s/ Rebeca Huddle
                  Acting for the En Banc Court*

Date: December 18, 2014

*En banc court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, and Huddle.  Sharp, J., not participating.